# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM ALVIN HOPKINS,<br><br>    Petitioner,<br><br>v.<br><br>ROBERT GILMORE, Superintendent of SCI-Greene, et al.,<br><br>    Respondents. | Civil Action No. 2: 15-cv-0006<br><br>United States Magistrate Judge<br>Cynthia Reed Eddy |

## ORDER

**AND NOW**, this 27th day of October, 2017, it is hereby **ORDERED, ADJUDGED AND DECREED** that, for the reasons set forth in the accompanying memorandum opinion, the Petition for Writ of Habeas Corpus filed by petitioner, William Alvin Hopkins is **DENIED.**

**IT IS FURTHER ORDERED** that a Certificate of Appealability is **DENIED.**

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Petitioner has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

                                            s/ Cynthia Reed Eddy
                                            Cynthia Reed Eddy
                                            United States Magistrate Judge

cc: WILLIAM ALVIN HOPKINS
KB-9194
S.C.I. Greene
175 Progress Drive
Waynesburg, PA 15370
(via U.S. First Class Mail)

Kelly D. Tomasic
Rusheen R. Pettit
Office of the District Attorney of Allegheny County
(via ECF electronic notification)